# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SAMUEL DOORES, BENJAMIN McCULLOUGH and ALYNDA SEGARRA (on behalf of themselves and others similarly situated)** | * * * * * | **CIVIL ACTION NO. 12-1499** |
| **Plaintiffs,** | * | |
| **vs.** | * * | **JUDGE MORGAN** |
| **ROBERT RESOURCES, LLC, a Louisiana Limited Liability Company** | * * * * | **MAGISTRATE WILKINSON** |
| **Defendant.** | * * | |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Robért Resources, LLC, who moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment dismissing the Plaintiffs' Class Action Complaint, with prejudice, on the grounds that: (1) no amount of discovery in this case is going to change the fact that no "willful" violation of  the "Receipt Provision" of the Fair and Accurate Credit Transactions Act ("FACTA") ever occurred at the three (3) grocery store locations made the subject of Plaintiffs' lawsuit and (2) at the very least, Robért Resources, LLC should be dismissed, with prejudice, because it is not a proper party defendant to this action, as it has never "accept[ed] credit cards or debit cards for the transaction of business," which is a threshold requirement for any alleged violation of the Fair Credit Reporting Act ("FCRA") and/or FACTA.

**WHEREFORE,** the above premises considered, Defendant, Robért Resources, LLC, prays that this Honorable Court grants summary judgment dismissing the Plaintiffs' Complaint, with prejudice, at Plaintiffs' sole cost.

Respectfully submitted,

**ADAMS AND REESE LLP**


s/       Gregory F. Rouchell
**WILLIAM B. GAUDET, #1374**
**LESLIE A. LANUSSE, # 14115**
**GREGORY F. ROUCHELL, #28746**
**KATIE F. WOLLFARTH, #31729**
4500 One Shell Square
New Orleans, LA 70139
Telephone:  (504) 581-3234
*Counsel for Defendant*
*Robert Resources, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record *via* Notice of Electronic Filing and/or by placing the same in the United States mail, postage prepaid and properly addressed, this 9th day of May, 2013.


s/       Gregory F. Rouchell
**GREGORY F. ROUCHELL**