UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SAMUEL DOORES, ET AL.,**                         **CIVIL ACTION**
     **Plaintiffs**

**VERSUS**                                                   **NO. 12-1499**

**ROBERT RESOURCES, LLC,**                     **SECTION: "E" (2)**
     **Defendant**

## ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that they have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 10th day of March, 2014.

                                    _____
                                            **SUSIE MORGAN**
                               **UNITED STATES DISTRICT JUDGE**