UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SAMUEL DOORES, ET AL. | * | CIVIL ACTION |
| **Plaintiffs** | * | |
| | * | NO. 2:12-CV-1499 |
| VERSUS | * | SECTION "E"(2) |
| | * | |
| | * | JUDGE SUSIE MORGAN |
| | * | |
| ROBERT RESOURCES, LLC | * | MAG. JUDGE JOSEPH C. WILKINSON, JR. |
| **Defendant** | * | |
| ******************************** | * | |

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiffs, Samuel Doores, Benjamin McCullough and Alynda Segarra, and Defendant, Robért Resources, LLC;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that any and all claims of Plaintiffs, Plaintiffs, Samuel Doores, Benjamin McCullough and Alynda Segarra, against Defendant, Robért Resources, LLC, are hereby dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 13th day of _____ May _____, 2014.

_____
THE HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE